**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 126 EAL 2023

           Respondent  :

                          :  Petition for Allowance of Appeal
                          :  from the Order of the Superior Court

          v.             :

                          :

MALIK STEVENS,  :

           Petitioner  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.